1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-7124
   FAX: (415) 436-7169
7 |
Attorneys for Defendants
8

9 |                 UNITED STATES DISTRICT COURT

10 |                 NORTHERN DISTRICT OF CALIFORNIA

11 |                 SAN FRANCISCO DIVISION

12 | KYAUNG-LOU CHAW,                         )
                                              )  No. C 06-4146 SC
13 |           Plaintiff,              )
                                              )
14 |        v.                           )
                                               )  **STIPULATION TO DISMISS; AND**
15 | MICHAEL CHERTOFF, Secretary of the       )  ~~[PROPOSED]~~ **ORDER**
Department of Homeland Security;         )
16 | EMILIO T. GONZALEZ, Director, U.S.       )
Citizenship and Immigration Services;    )
17 | CHRISTINA POULOS, Acting Director,       )
California Service Center, USCIS;        )
18 |                                               )
          Defendants.           )
19 | _____  )

20

21 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

23 | of the adjudication of Plaintiff's immigrant visa petition (Form I-130).

24 |     Each of the parties shall bear their own costs and fees.

25 | ///

26 | ///

27

28
Stip to Dismiss
C 06-4146 SC

1 | Dated: July 14, 2006 | Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 14, 2006

_____/s/_____
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/25/06

_____
SAMUEL CONTI
United States District Judge

IT IS SO ORDERED.
Judge Samuel Conti

Stip to Dismiss
C 06-4146 SC